Matthew A. Feldman
Rachel C. Strickland
Jennifer J. Hardy
WILLKIE FARR & GALLAGHER LLP
787 Seventh Avenue
New York, New York 10019
Telephone: (212) 728-8000
Facsimile: (212) 728-8111

*Proposed Counsel for the Debtors and*
*Debtors in Possession*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------x
| | | |
|---|---|---|
| In re | : | Chapter 11 |
| | : | |
| MPM Silicones, LLC, et al.,[1] | : | Case No. 14-22503 (RDD) |
| | : | |
| Debtors. | : | Jointly Administered |

------------------------------------------------------x

## NOTICE OF FILING OF FIRST AMENDMENT
## TO RESTRUCTURING SUPPORT AGREEMENT

**PLEASE TAKE NOTICE** that on April 13, 2014, the above-captioned debtors and debtors in possession (the "**Debtors**"), filed the Declaration of William H. Carter, Chief Financial Officer of Momentive Performance Materials Inc., in Support of Chapter 11 Petitions and First Day Pleadings [Docket No. 16], to which a Restructuring Support Agreement (the "**Restructuring Support Agreement**"), by and among the Debtors and certain noteholders, was attached as Appendix I.

---

[1] The last four digits of the taxpayer identification numbers of the Debtors follow in parentheses: (i) Juniper Bond Holdings I LLC (9631); (ii) Juniper Bond Holdings II LLC (9692); (iii) Juniper Bond Holdings III LLC (9765); (iv) Juniper Bond Holdings IV LLC (9836); (v) Momentive Performance Materials China SPV Inc. (8469); (vi) Momentive Performance Materials Holdings Inc. (8246); (vii) Momentive Performance Materials Inc. (8297); (viii) Momentive Performance Materials Quartz, Inc. (9929); (ix) Momentive Performance Materials South America Inc. (4895); (x) Momentive Performance Materials USA Inc. (8388); (xi) Momentive Performance Materials Worldwide Inc. (8357); and (xii) MPM Silicones, LLC (5481). The Debtors' executive headquarters are located at 260 Hudson River Road, Waterford, NY 12188.

**PLEASE TAKE FURTHER NOTICE** that attached hereto as Exhibit A is that certain First Amendment to Restructuring Support Agreement (the "**First Amendment**"), which amends, supplements or otherwise modifies Section 8.1 of the Restructuring Support Agreement. The Restructuring Support Agreement otherwise remains unchanged and in full force and effect, except as amended by the First Amendment.

Dated:  April 16, 2014
        New York, New York

        WILLKIE FARR & GALLAGHER LLP
        *Proposed Counsel for the Debtors and*
        *Debtors in Possession*

        By:  /s/ Matthew A. Feldman
            Matthew A. Feldman
            Rachel C. Strickland
            Jennifer J. Hardy

            787 Seventh Avenue
            New York, New York 10019
            Telephone: (212) 728-8000
            Facsimile: (212) 728-8111