WILLIAM K. HARRINGTON
United States Trustee for Region 2
U.S. Department of Justice
Office of the United States Trustee
U.S. Federal Office Building
201 Varick Street, Room 1006
New York, NY 10014
Tel. (212) 510-0500
By:     Brian S. Masumoto, Esq.
         Trial Attorney

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x
In re                                                                   :         Case No. 14-22503 (RDD)
                                                                             :
MPM Silicones, LLC *et al.*,                                 :         Chapter 11
                                                                             :
                            Debtors.                              :
-------------------------------------------------------------x

## NOTICE OF APPOINTMENT OF OFFICIAL
## COMMITTEE OF UNSECURED CREDITORS

William K. Harrington, United States Trustee for Region 2, pursuant to Sections 1102(a) and (b) of title 11, United States Code, hereby appoints the following unsecured creditors that are willing to serve to the Official Committee of Unsecured Creditors of MPM Silicones, LLC and affiliated debtors in possession:

1. US Bank National Association, as Indenture Trustee
   Global Corporate Trust Services
   100 Wall Street, Suite 1600
   New York, New York 10005
   Attention: James E. Murphy, Vice President
   Telephone: (212) 951-8529
   Email: James.Murphy3@usbank.com

2. BlueMountain Credit Alternatives Master Fund L.P.
   280 Park Avenue – 12th Floor
   New York, New York 10017
   Attention: Mark P. Kronfeld, Managing Director
   Telephone: (212) 905-2186
   Email: mkronfeld@bmcm.com

3. Aurelius Capital Partners, LP
535 Madison Avenue – 22nd Floor
New York, New York 10022
Attention: Dan Gropper
Telephone: (646) 445-6570
Email: dgropper@aurelius-capital.com

4. Globe Specialty Metals
One Penn Plaza, Suite 4125
250 West 34th Street
New York, New York 10119
Attention: Gaurav Mehta, Managing Director
Telephone: (212) 798-8136
Email: gmehta@glbsm.com

5. Fischback USA Inc.
900 Peterson Drive
Elizabethtown, Kentucky 42701
Attention: Kirk Chadwick
Telephone: (270) 505-1243
Email: kirk.chadwick@fi-usa.com

6. Pension Benefit Guaranty Corporation
1200 K Street, N.W.
Washington, D.C. 20005
Attention: Thea D. Davis, Attorney
Telephone: (202) 326-4070, ext. 3166
Email: davis.thea@pbgc.gov

    7.    IUE-CWA, AFL-CIO
           P.O. Box 24366
           Rochester, New York 14624
           Attention: Joseph Giffi
           Telephone: (585) 797-4328
           Email: jgiffi@iue-cwa.org

Dated: New York, New York
       April 22, 2014

                              Sincerely,

                              WILLIAM K. HARRINGTON
                              UNITED STATES TRUSTEE

                              By */s/ Brain S. Masumoto*
                                  Brian S. Masumoto
                                  Trial Attorney
                                  U.S. Department of Justice
                                  Office of the United States Trustee
                                  U.S. Federal Office Building
                                  201 Varick Street, Room 1006
                                  New York, NY 10014
                                  Tel. (212) 510-0500
                                  Fax (212) 668-2255