UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------x
In re                                : Chapter 11
                                     :
MPM Silicones, LLC, et al.,[1]       : Case No. 14-22503 (RDD)
                                     :
              Debtors.               : (Jointly Administered)
------------------------------------------------------x

## ORDER EXTENDING DEBTORS' EXCLUSIVE PERIODS TO FILE PLAN OF REORGANIZATION AND SOLICIT ACCEPTANCES THEREOF PURSUANT TO SECTION 1121(d) OF THE BANKRUPTCY CODE

Upon the timely motion (the "**Motion**") of the debtors and debtors in possession in the above-captioned cases (collectively, the "**Debtors**") for entry of an order, pursuant to section 1121(d) of title 11 of the United States Code, as supplemented by Rule 9006(b)(1) of the Federal Rules of Bankruptcy Procedure and Rule 9006-2 of the Local Bankruptcy Rules for the Southern District of New York, extending the Debtors' exclusive periods to file a plan of reorganization and to solicit acceptances thereof; and notice of the Motion having been given as set forth in the Motion; and it appearing that no other or further notice need be provided; and there being no objections to the requested relief; and upon the record of the hearing held by the Court on the Motion on August 18, 2014; and the Court having found and concluded that the Debtors have established sufficient cause to extend their Exclusive Periods as provided herein;

---

[1]   The last four digits of the taxpayer identification numbers of the Debtors follow in parentheses: (i) Juniper Bond Holdings I LLC (9631); (ii) Juniper Bond Holdings II LLC (9692); (iii) Juniper Bond Holdings III LLC (9765); (iv) Juniper Bond Holdings IV LLC (9836); (v) Momentive Performance Materials China SPV Inc. (8469); (vi) Momentive Performance Materials Holdings Inc. (8246); (vii) Momentive Performance Materials Inc. (8297); (viii) Momentive Performance Materials Quartz, Inc. (9929); (ix) Momentive Performance Materials South America Inc. (4895); (x) Momentive Performance Materials USA Inc. (8388); (xi) Momentive Performance Materials Worldwide Inc. (8357); and (xii) MPM Silicones, LLC (5481).  The Debtors' executive headquarters are located at 260 Hudson River Road, Waterford, NY 12188.

and it appearing that the relief requested by the Motion and granted herein is in the best interests of the Debtors' estates, their creditors and other parties in interest, it is hereby

ORDERED, that:

1. The Motion is granted to the extent provided herein.

2. Capitalized terms used but not defined herein have the meanings ascribed to them in the Motion.

3. The Debtors' Exclusive Filing Period is extended by sixty (60) days, through and including October 10, 2014.

4. The Debtors' Exclusive Solicitation Period is extended by sixty (60) days, through and including December 9, 2014.

5. The entry of this Order is without prejudice to the rights of the Debtors to request further extensions of the Exclusive Periods or any other party's rights to seek to reduce the Exclusive Periods under section 1121 of the Bankruptcy Code or, in each case, to seek other appropriate relief.

6. This Court shall retain jurisdiction with respect to all matters arising from or related to the implementation or interpretation of this Order.

Dated: August 18, 2014
      White Plains, New York

                                  /s/ Robert D. Drain
                                  THE HONORABLE ROBERT D. DRAIN
                                  UNITED STATES BANKRUPTCY JUDGE