**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

----------------------------------------------------------------------X
In re:                                                                  :   Chapter 11
                                                                        :
MPM Silicones, LLC, *et al.*,                                           :   Case No. 14–22503 (RDD)
                                                                        :
                            Debtors.                                    :   (Jointly Administered)
----------------------------------------------------------------------X
U.S. Bank National Association, as Indenture Trustee,                   :
                                                                        :
                            Plaintiff,                                  :
                                                                        :
            -against-                                                   :   Adv. Proc. No. 14–08238 (RDD)
                                                                        :
Wilmington Savings Fund Society, FSB, as Indenture                      :
Trustee; Momentive Performance Materials, Inc.;                         :
Juniper Bond Holdings I LLC; Juniper Bond Holdings II                   :
LLC; Juniper Bond Holdings III LLC; Juniper Bond                        :
Holdings IV LLC; Momentive Performance Materials                        :
China SPV Inc.; Momentive Performance Materials                         :
Holdings Inc.; Momentive Performance Materials                          :
Quartz, Inc.; Momentive Performance Materials South                     :
America Inc.; Momentive Performance Materials USA                       :
Inc.; Momentive Performance Materials Worldwide Inc.;                   :
and MPM Silicones, LLC,                                                 :
                                                                        :
                            Defendants.                                 :
----------------------------------------------------------------------X

**NOTICE OF APPEAL OF U.S. BANK NATIONAL ASSOCIATION AS INDENTURE**
**TRUSTEE FROM CONFIRMATION ORDER**

**PLEASE TAKE NOTICE** that U.S. Bank National Association as indenture trustee ("U.S. Bank") hereby appeals to the United States District Court for the Southern District of New York under 28 U.S.C. § 158(a)(1) and Fed. R. Bankr. P. 8001(a) the order of the United States Bankruptcy Court for the Southern District of New York titled Findings Of Fact, Conclusions Of Law And Order (I) Confirming Joint Chapter 11 Plan Of Reorganization For Momentive Performance Materials, Inc. And Its Affiliated Debtors; And (II) Adjudicating Certain Adversary Proceedings entered on September 11, 2014 (the "Order"), which Order

1

2

confirmed the Debtors' chapter 11 Plan in the above-entitled bankruptcy case, overruled the objection of U.S. Bank, and entered judgment for the defendants in *U.S. Bank Nat'l Assoc. v. Wilmington Savs. Fund Society (In re MPM Silicones, LLC, et al.)*, Adv. Pro. No. 14-08238.  A copy of the Order is attached hereto as <u>Exhibit A</u>; and

**PLEASE TAKE FURTHER NOTICE** that the names of all parties to the Order appealed from and the names, addresses, and telephone numbers of their respective attorneys are set forth below:

| | |
|---|---|
| Momentive Performance Materials Inc., *et al.* | Matthew A. Feldman<br>Rachel C. Strickland<br>Jennifer J. Hardy<br>**Willkie Farr & Gallagher LLP**<br>787 Seventh Avenue<br>New York, New York 10019<br>(212) 728-8000 |
| Wilmington Savings Fund Society, FSB, as successor indenture trustee | Seth H. Lieberman<br>Patrick Sibley<br>**Pryor Cashman LLP**<br>Seven Times Square<br>New York, New York 10036<br>Telephone: (212) 421-4100 |
| Ad Hoc Committee of Second Lien Noteholders | Dennis F. Dunne<br>Samuel A. Khalil<br>Michael L. Hirschfeld<br>**Milbank, Tweed, Hadley & McCloy LLP**<br>1 Chase Manhattan Plaza<br>New York, New York 10005<br>Telephone: (212) 530-5000 |
| Apollo Management, LLC and certain of its affiliated funds | Ira S. Dizengoff<br>Philip C. Dublin<br>Abid Qureshi<br>Deborah J. Newman<br>**Akin Gump Strauss Hauer & Feld LLP**<br>One Bryant Park<br>New York, New York 10036<br>Telephone: (212) 872-1000 |
| Official Committee of Unsecured Creditors | Lee R. Bogdanoff<br>Whitman L. Holt<br>Kenneth N. Klee<br>**Klee Tuchin Bogdanoff & Stern LLP**<br>1999 Avenue of the Stars, 39th Floor<br>Los Angeles, California 90067<br>Telephone: (310) 407-4000 |
| United States Trustee | Brian Shoichi Masumoto<br>Richard Fox<br>**Office Of The United States Trustee**<br>33 Whitehall Street, 21st Floor<br>New York, New York 10004<br>Telephone: (212) 510-0500 |

| Party | Counsel |
|---|---|
| BOKF N.A., as First Lien Successor Trustee | Michael J. Sage<br>Brian E. Greer<br>Mauricio A. España<br>**Dechert LLP**<br>1095 Avenue of the Americas<br>New York, New York 10036<br>Telephone: (212) 698-3500<br><br>Jeffrey M. Reisner<br>Alan J. Friedman<br>Michael H. Strub, Jr.<br>**Irell & Manella LLP**<br>840 Newport Center Drive, Suite 400<br>Newport Beach, California 92660<br>Telephone: (949) 760-5130 |
| Wilmington Trust, N.A., as trustee | Mark Somerstein<br>Mark I. Bane<br>**Ropes & Gray LLP**<br>1211 Avenue of the Americas<br>New York, New York 10036<br>Telephone: (212) 596-9000<br><br>Stephen Moeller-Sally<br>**Ropes & Gray LLP**<br>Prudential Tower<br>800 Boylston Street<br>Boston, Massachusetts 02199<br>Telephone: (617) 951-7000 |

| | |
|---|---|
| Dated: New York, New York<br>September 11, 2014 | QUINN EMANUEL URQUHART<br>& SULLIVAN, LLP<br><br>/s/ Susheel Kirpalani<br>Susheel Kirpalani<br>Benjamin I. Finestone<br>David L. Elsberg<br>Robert Loigman<br>51 Madison Avenue, 22nd Floor<br>New York, New York 10010<br>Telephone: (212) 849-7000<br>Facsimile: (212) 849-7100<br>susheelkirpalani@quinnemaunel.com<br>benjaminfinestone@quinnemaunel.com<br>davidelsberg@quinnemanuel.com<br>robertloigman@quinnemanuel.com<br><br>K. John Shaffer<br>Matthew R. Scheck<br>865 S. Figueroa St., 10th Floor<br>Los Angeles, California 90017<br>Telephone: (213) 443-3000<br>Facsimile: (213) 443-3100<br>johnshaffer@quinnemanuel.com<br>matthewscheck@quinnemanuel.com<br><br>- and -<br><br>MASLON EDELMAN BORMAN<br>& BRAND, LLP<br>Clark Whitmore<br>Ana Chilingarishvili<br>3300 Wells Fargo Center<br>90 South Seventh Street<br>Minneapolis, Minnesota 55402<br>Telephone: (612) 672-8200<br>Facsimile: (612) 672-8397<br>clark.whitmore@maslon.com<br>ana.chilingarishvili@maslon.com<br><br>*Attorneys for U.S. Bank National Association, as Indenture Trustee* |