**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------- X
                                                              :
In re:                                                        :   Chapter 11
                                                              :
MPM Silicones, LLC, *et al.,*[1]                              :   Case No. 14-22503 (RDD)
                                                              :
                    Debtors.                                  :   (Jointly Administered)
                                                              :
------------------------------------------------------------- X


### NOTICE OF FIFTH FEE STATEMENT OF JEFFERIES LLC FOR THE PERIOD FROM SEPTEMBER 1, 2014 THROUGH SEPTEMBER 30, 2014

Name of applicant:                           Jefferies LLC ("Jefferies")

Authorized to provide
professional services to:                    The Official Committee of Unsecured Creditors

Date of retention:                           June 10, 2014 (*nunc pro tunc* to April 22, 2014)

Period for which compensation
and reimbursement is sought:                 September 1, 2014 through September 30, 2014

Actual, reasonable, and
necessary compensation:                      $150,000.00

Amount of payment sought:                    $120,000.00 (80% of $150,000.00)

Amount of compensation held back:            $30,000.00

Amount of actual, reasonable,
and necessary expenses incurred:             $190.94

This is a(n):                                Monthly Statement

This is Jefferies LLC's ("Jefferies") fifth monthly fee statement (the "Statement") as financial advisor to the Official Committee of Unsecured Creditors (the "Committee"), for the

---

[1] The last four digits of the taxpayer identification numbers of the Debtors follow in parentheses: (i) Juniper Bond Holdings I LLC (9631); (ii) Juniper Bond Holdings II LLC (9692); (iii) Juniper Bond Holdings III LLC (9765); (iv) Juniper Bond Holdings IV LLC (9836); (v) Momentive Performance Materials China SPV Inc. (8469); (vi) Momentive Performance Materials Holdings Inc. (8246); (vii) Momentive Performance Materials Inc. (8297); (viii) Momentive Performance Materials Quartz, Inc. (9929); (ix) Momentive Performance Materials South America Inc. (4895); (x) Momentive Performance Materials USA Inc. (8388); (xi) Momentive Performance Materials Worldwide Inc. (8357); and (xii) MPM Silicones, LLC (5481). The Debtors' executive headquarters are located at 260 Hudson River Road, Waterford, NY 12188.

period from September 1, 2014 through and including September 30, 2014 (the "Compensation Period").

This Statement is filed pursuant to the *Order Pursuant to 11 U.S.C. §§ 105(a) and 331, Fed. R. Bankr. P. 2016, and LBR S.D.N.Y. 2016-1 Establishing Procedures for Interim Compensation and Reimbursement of Expenses of Professionals, dated May 16, 2014* (the "Interim Compensation Order"). By this Statement, which covers the Compensation Period, Jefferies requests compensation for fees in the amount of $120,000.00 (i.e., $150,000.00, subject to the 20% holdback required by the Interim Compensation Order) and reimbursement of expenses totaling $190.94.

A copy of the invoice, including a detailed back-up of the expenses incurred during the Compensation Period is annexed hereto in Exhibit "A."

A summary of services rendered and time charges under each services category during the Compensation Period are set forth in the schedule thereto as Exhibit "B."

Detailed time entry by services rendered for the period during the Compensation Period is set forth in the schedule annexed hereto as Exhibit "C."

Notice of this Statement will be provided in accordance with the Interim Compensation Order.

Dated:  October 17, 2014

Jefferies LLC

*/s/ Leon Szlezinger*

Leon Szlezinger
Managing Director
Jefferies LLC
520 Madison Avenue, 7th Floor
New York, NY 10022
Tel:  (212) 323-3918

Exhibit A

# Jefferies

Jefferies LLC
520 Madison Avenue
New York, NY 10022
(212) 284-2300

### *INVOICE*

Invoice Number:  IB11125
Invoice Date: 10/15/2014
Reference #:  MOM43700IB
Terms: Immediate

**Official Committee of Unsecured Creditors of MPM Silicones, LLC**
c/o Klee, Tuchin, Bogdanoff & Stern LLP
1999 Avenue of the Stars, 39th Floor
Los Angeles, CA 90067

Attention:   Committee Co-Chair

**For services rendered in accordance with our Engagement Letter dated April 22, 2014**

| | |
|---|---:|
| **Monthly Fee:** | |
| September 2014 | $150,000.00 |
| Less: 20% Holdback | ($30,000.00) |
| **Total Monthly Fee:** | $120,000.00 |
| | |
| **Expenses:** | |
| Meals | $102.97 |
| Transportation - Ground | $87.97 |
| **Total Out-of-Pocket Expenses** | $190.94 |

| | |
|---|---:|
| **TOTAL DUE** | **$120,190.94** |

**Payment Details**

Wire Instructions

**Bank of New York**
ABA #021000018
A/C: Jefferies LLC
A/C: #890-065-2772
F/F/C acct 061-10181-10

Check Payment Instructions

**Jefferies LLC**
11100 Santa Monica Blvd.
12th Floor
Los Angeles, CA 90025

**Reference:**      **MOM43700IB_IB11125   Momentive**

| Banker | Amount ($) | Expense Incurred Date | Account Description | Transaction Description |
|---|---|---|---|---|
| JOHN D'AMICO | $25.08 | 8/18/2014 | MEALS | OVERTIME MEALS |
| SID LI | $25.89 | 8/18/2014 | MEALS | OVERTIME MEALS |
| SID LI | $26.00 | 8/20/2014 | MEALS | OVERTIME MEALS |
| SID LI | $26.00 | 8/19/2014 | MEALS | OVERTIME MEALS |
| JOHN D'AMICO | $12.60 | 9/15/2014 | TRANSPORTATION | TAXI TO HOME |
| JOHN D'AMICO | $16.75 | 9/17/2014 | TRANSPORTATION | TAXI TO HOME |
| JOHN D'AMICO | $12.00 | 9/23/2014 | TRANSPORTATION | TAXI TO HOME |
| JOHN D'AMICO | $14.25 | 9/23/2014 | TRANSPORTATION | TAXI TO HOME |
| JOHN D'AMICO | $16.25 | 9/24/2014 | TRANSPORTATION | TAXI TO HOME |
| JOHN D'AMICO | $16.12 | 9/26/2014 | TRANSPORTATION | TAXI TO HOME |
| **TOTAL** | **$190.94** | | | |

| | |
|---|---|
| Meals | $102.97 |
| Transportation - Ground | $87.97 |
| **TOTAL** | **$190.94** |

Exhibit B

**Jefferies LLC**

September 1, 2014 - September 30, 2014

| Category | Task Description | Hours |
|---|---|---|
| 3 | General Litigation | 23.50 |
| 18 | Retention and Fee Applications | 3.50 |
| 22 | Official Committee Meetings and Communications | 15.50 |
| 33 | General Meetings with Debtors & Debtors' Professionals | 13.00 |
| 36 | Perform Due Diligence | 5.50 |
| 37 | Preparation of Presentation | 30.50 |
| 38 | Financial Analysis of Debtors | 21.00 |
| **Total** | | **112.50** |

Exhibit C

**Jefferies LLC**
September 1, 2014 - September 30, 2014

| Banker | Date | Hours | Description |
|---|---|---|---|
| ***Leon Szlezinger*** | | | |
| Leon Szlezinger | 09/03/14 | 0.50 | Conference call with Debtors' advisors re: sources & uses |
| Leon Szlezinger | 09/03/14 | 0.50 | Conference call with Debtors' Advisors re: discussion re: status update |
| Leon Szlezinger | 09/15/14 | 1.50 | Internal discussion re: financial analysis and case update |
| Leon Szlezinger | 09/17/14 | 0.50 | Conference call with Debtors' Advisors re: discussion re: status update |
| Leon Szlezinger | 09/18/14 | 1.00 | Conference call with UCC and Counsel and Financial Advisor re: case status and planning |
| Leon Szlezinger | 09/29/14 | 0.50 | Conference call with Counsel and Financial Advisor re: case status and planning |
| **September 1, 2014 - September 30, 2014 Hours** | | **4.50** | |
| | | | |
| ***Robert White*** | | | |
| Robert White | 09/03/14 | 0.50 | Conference call with Debtors' advisors re: sources & uses |
| Robert White | 09/03/14 | 0.50 | Conference call with Debtors' Advisors re: discussion re: status update |
| Robert White | 09/15/14 | 2.50 | Internal discussion re: financial analysis and case update |
| Robert White | 09/15/14 | 3.50 | Review court filings and case information |
| Robert White | 09/17/14 | 0.50 | Conference call with Debtors' Advisors re: discussion re: status update |
| Robert White | 09/17/14 | 0.50 | Review court filings and case information |
| Robert White | 09/18/14 | 1.00 | Conference call with UCC and Counsel and Financial Advisor re: case status and planning |
| Robert White | 09/19/14 | 1.00 | Review re: financial analysis and industry research |
| Robert White | 09/22/14 | 0.50 | Conference call with Counsel and Financial Advisor re: case status and planning |
| Robert White | 09/23/14 | 0.50 | Review presentation re: financial analysis |
| Robert White | 09/27/14 | 2.50 | Review court filings and case information |
| Robert White | 09/29/14 | 0.50 | Conference call with Counsel and Financial Advisor re: case status and planning |
| **September 1, 2014 - September 30, 2014 Hours** | | **14.00** | |
| | | | |
| ***John D'Amico*** | | | |
| John D'Amico | 09/03/14 | 0.50 | Conference call with Debtors' advisors re: sources & uses |
| John D'Amico | 09/03/14 | 0.50 | Conference call with Debtors' Advisors re: discussion re: status update |
| John D'Amico | 09/10/14 | 2.50 | Review re: financial analysis and industry research |
| John D'Amico | 09/15/14 | 1.50 | Internal discussion re: financial analysis and case update |
| John D'Amico | 09/15/14 | 2.50 | Review court filings and case information |
| John D'Amico | 09/17/14 | 3.50 | Various correspondence |
| John D'Amico | 09/17/14 | 1.00 | Review court filings and case information |
| John D'Amico | 09/18/14 | 1.00 | Conference call with UCC and Counsel and Financial Advisor re: case status and planning |
| John D'Amico | 09/19/14 | 5.00 | Review re: financial analysis and industry research |
| John D'Amico | 09/22/14 | 3.00 | Review industry information |
| John D'Amico | 09/23/14 | 2.00 | Industry research: various correspondence |
| John D'Amico | 09/23/14 | 1.50 | Review presentation re: financial analysis |
| John D'Amico | 09/26/14 | 4.00 | Review court filings; various correspondence |
| John D'Amico | 09/29/14 | 0.50 | Conference call with Counsel and Financial Advisor re: case status and planning |
| **September 1, 2014 - September 30, 2014 Hours** | | **29.00** | |
| | | | |
| ***Jingzhi Dai*** | | | |
| Jingzhi Dai | 09/03/14 | 0.50 | Conference call with Debtors' advisors re: sources & uses |
| Jingzhi Dai | 09/03/14 | 0.50 | Conference call with Debtors' Advisors re: discussion re: status update |
| Jingzhi Dai | 09/10/14 | 4.00 | Financial analysis and industry research |
| Jingzhi Dai | 09/15/14 | 1.50 | Internal discussion re: financial analysis and case update |
| Jingzhi Dai | 09/15/14 | 3.00 | Review court filings and case information |
| Jingzhi Dai | 09/16/14 | 3.50 | Case administration |
| Jingzhi Dai | 09/17/14 | 0.50 | Conference call with Debtors' Advisors re: discussion re: status update |
| Jingzhi Dai | 09/17/14 | 2.00 | Review court filings and case information |
| Jingzhi Dai | 09/18/14 | 1.00 | Conference call with UCC and Counsel and Financial Advisor re: case status and planning |
| Jingzhi Dai | 09/19/14 | 2.50 | Review re: financial analysis and industry research |
| Jingzhi Dai | 09/23/14 | 1.50 | Review court filings and case information |
| Jingzhi Dai | 09/23/14 | 2.00 | Prepare presentation re: financial analysis |
| Jingzhi Dai | 09/25/14 | 2.00 | Review financials and conduct financial analysis |
| Jingzhi Dai | 09/26/14 | 1.00 | Review court filings and case information |
| Jingzhi Dai | 09/29/14 | 0.50 | Conference call with Counsel and Financial Advisor re: case status and planning |
| **September 1, 2014 - September 30, 2014 Hours** | | **26.00** | |
| | | | |
| ***David Bradley*** | | | |
| David Bradley | 09/15/14 | 1.50 | Internal discussion re: financial analysis and case update |
| David Bradley | 09/18/14 | 1.00 | Conference call with UCC and Counsel and Financial Advisor re: case status and planning |
| David Bradley | 09/22/14 | 0.50 | Conference call with Counsel and Financial Advisor re: case status and planning |
| David Bradley | 09/29/14 | 0.50 | Conference call with Counsel and Financial Advisor re: case status and planning |
| **September 1, 2014 - September 30, 2014 Hours** | | **3.50** | |
| | | | |
| ***Sean Murray*** | | | |
| Sean Murray | 09/03/14 | 0.50 | Conference call with Debtors' advisors re: sources & uses |
| Sean Murray | 09/03/14 | 0.50 | Conference call with Debtors' Advisors re: discussion re: status update |
| Sean Murray | 09/10/14 | 2.00 | Review re: financial analysis and industry research |

**Jefferies LLC**
September 1, 2014 - September 30, 2014

| Banker | Date | Hours | Description |
|---|---|---|---|
| Sean Murray | 09/15/14 | 1.50 | Internal discussion re: financial analysis and case update |
| Sean Murray | 09/17/14 | 0.50 | Conference call with Debtors' Advisors re: discussion re: status update |
| Sean Murray | 09/18/14 | 1.00 | Conference call with UCC and Counsel and Financial Advisor re: case status and planning |
| Sean Murray | 09/18/14 | 2.50 | Research and review service agreements |
| Sean Murray | 09/23/14 | 1.50 | Review presentation re: financial analysis |
| Sean Murray | 09/29/14 | 0.50 | Conference call with Counsel and Financial Advisor re: case status and planning |
| **September 1, 2014 - September 30, 2014 Hours** | | **10.50** | |
| | | | |
| **Stephen Gavalas** | | | |
| Stephen Gavalas | 09/03/14 | 0.50 | Conference call with Debtors' advisors re: sources & uses |
| Stephen Gavalas | 09/03/14 | 0.50 | Conference call with Debtors' Advisors re: discussion re: status update |
| Stephen Gavalas | 09/09/14 | 2.50 | Industry research and update |
| Stephen Gavalas | 09/10/14 | 4.00 | Preparaton of presentation re: financial analysis |
| Stephen Gavalas | 09/15/14 | 3.00 | Internal discussion re: financial analysis and case update |
| Stephen Gavalas | 09/17/14 | 1.50 | Industry analysis |
| Stephen Gavalas | 09/18/14 | 1.00 | Conference call with UCC and Counsel and Financial Advisor re: case status and planning |
| Stephen Gavalas | 09/18/14 | 3.00 | Research and review industry information |
| Stephen Gavalas | 09/23/14 | 3.50 | Industry update and analysis |
| Stephen Gavalas | 09/23/14 | 4.00 | Preparaton of presentation re: financial analysis |
| Stephen Gavalas | 09/29/14 | 1.50 | Industry analysis |
| **September 1, 2014 - September 30, 2014 Hours** | | **25.00** | |