# EXHIBIT A

14-22503-rdd    Doc 1215-1    Filed 11/21/14    Entered 11/21/14 17:00:07    Exhibit A - Invoices    Pg 1 of 5

# ORACLE

# INVOICE

Federal Tax ID: 94-2805249

| INVOICE NUMBER | 42540021 |
|---|---|
| INVOICE DATE | 04-Apr-2014 |
| YOUR P.O. NUMBER | 4501308051 |
| PAYMENT TERMS | NET 30 DAYS |
| DUE DATE | 04-May-2014 |

BILL TO :
Momentive Performance Materials USA Inc.
Margaret Warner
180 E. Broad St.
23rd Fl
Columbus, OH 43215
United States

**PAYMENT INSTRUCTIONS:**

| REFERENCE | 42540021 | ON YOUR REMITTANCE |
|---|---|---|
| MAIL CHECKS TO: | Oracle America, Inc.<br>P.O. Box 203448<br>Dallas 75320-3448 | |
| WIRE TRANSFERS TO: | WELLS FARGO BANK<br>ABA 121000248<br>ACCT 4522-020841 | |

SHIP TO :
Momentive Performance Materials USA Inc.
260 Hudson River Rd
Waterford Bldg 11
Waterford, NY 12188
United States

FOR BILLING QUESTIONS, CALL COLLECTIONS CENTER (888) 803-7414

| ORACLE SALESPERSON | ORACLE ORDER NUMBER | CUSTOMER CONTACT | END USER |
|---|---|---|---|
| Rodriguez, Jammie | 5339944 | Margaret Warner | |

| ITEM NO. | DESCRIPTION | QTY/ NO. OF USERS | TAX | EXTENDED AMOUNT |
|---|---|---|---|---|
| 1 | Oracle Premier Support for Systems - Two 8 GB DDR3-1066 registered DIMMs (for factory installation): 13-MAR-2014 : 12-MAR-2015; Serial#1202BDY54E | 8 | Y | 1,011.13 |
| 2 | Oracle Premier Support for Systems - Two 8 GB DDR3-1066 registered DIMMs (for factory installation): 13-MAR-2014 : 12-MAR-2015; Serial#1202BDY54D | 8 | Y | 1,011.13 |
| 3 | Oracle Premier Support for Systems - Two 8 GB DDR3-1066 registered DIMMs (for factory installation): 13-MAR-2014 : 12-MAR-2015; Serial#1202BDY550 | 8 | Y | 1,011.13 |
| 4 | Oracle Premier Support for Systems - Two 8 GB DDR3-1066 registered DIMMs (for factory installation): 13-MAR-2014 : 12-MAR-2015; Serial#1202BDY54F | 8 | Y | 1,011.13 |

| SPECIAL INSTRUCTIONS: | SUBTOTAL | TAX | TOTAL(USD) |
|---|---|---|---|
| | 35,593.47 | 2,491.56 | 38,085.03 |
| | Less payments | | 32,627.88 |
| | Credits/Adjustments | | 0.00 |
| | Outstanding Balance as of 11-Jul-2014 | | 5,457.15 |

**ORACLE**

# INVOICE

Federal Tax ID: 94-2805249

| INVOICE NUMBER | 42540021 |
|---|---|
| INVOICE DATE | 04-Apr-2014 |
| YOUR P.O. NUMBER | 4501308051 |
| PAYMENT TERMS | NET 30 DAYS |
| DUE DATE | 04-May-2014 |

| | | | | |
|---|---|---|---|---|
| 5 | Oracle Premier Support for Systems - SPARC T4-1 server: base with 1 SPARC T4 8-core 2.85 GHz processor for non-EU countries (for factory installation): 13-MAR-2014 : 12-MAR-2015; Serial#1202BDY54D | 1 | Y | 1,737.87 |
| 6 | Oracle Premier Support for Systems - SPARC T4-1 server: base with 1 SPARC T4 8-core 2.85 GHz processor for non-EU countries (for factory installation): 13-MAR-2014 : 12-MAR-2015; Serial#1202BDY550 | 1 | Y | 1,737.88 |
| 7 | Oracle Premier Support for Systems - SPARC T4-1 server: base with 1 SPARC T4 8-core 2.85 GHz processor for non-EU countries (for factory installation): 13-MAR-2014 : 12-MAR-2015; Serial#1202BDY54F | 1 | Y | 1,737.88 |
| 8 | Oracle Premier Support for Systems - SPARC T4-1 server: base with 1 SPARC T4 8-core 2.85 GHz processor for non-EU countries (for factory installation): 13-MAR-2014 : 12-MAR-2015; Serial#1202BDY54E | 1 | Y | 1,737.88 |
| 9 | Oracle Premier Support for Systems - Two 8 GB DDR3-1066 registered DIMMs (for factory installation): 13-MAR-2014 : 12-MAR-2015; Serial#1203BDY608 | 16 | Y | 2,022.26 |
| 10 | Oracle Premier Support for Systems - Two 8 GB DDR3-1066 registered DIMMs (for factory installation): 13-MAR-2014 : 12-MAR-2015; Serial#1203BDY609 | 16 | Y | 2,022.26 |
| 11 | Oracle Premier Support for Systems - Two 8 GB DDR3-1066 registered DIMMs (for factory installation): 13-MAR-2014 : 12-MAR-2015; Serial#1203BDY60A | 16 | Y | 2,022.26 |
| 12 | Oracle Premier Support for Systems - Two 8 GB DDR3-1066 registered DIMMs (for factory installation): 13-MAR-2014 : 12-MAR-2015; Serial#1203BDY606 | 16 | Y | 2,022.26 |
| 13 | Oracle Premier Support for Systems - One 300 GB 10000 rpm 2.5-inch SAS-2 HDD with mounting bracket (for factory installation): 13-MAR-2014 : 12-MAR-2015; Serial#1202BDY550 | 4 | Y | 256.13 |
| 14 | Oracle Premier Support for Systems - One 300 GB 10000 rpm 2.5-inch SAS-2 HDD with mounting bracket (for factory installation): 13-MAR-2014 : 12-MAR-2015; Serial#1202BDY54F | 4 | Y | 256.13 |
| 15 | Oracle Premier Support for Systems - One 300 GB 10000 rpm 2.5-inch SAS-2 HDD with mounting bracket (for factory installation): 13-MAR-2014 : 12-MAR-2015; Serial#1202BDY54E | 4 | Y | 256.13 |
| 16 | Oracle Premier Support for Systems - One 300 GB 10000 rpm 2.5-inch SAS-2 HDD with mounting bracket (for factory installation): 13-MAR-2014 : 12-MAR-2015; Serial#1202BDY54D | 4 | Y | 256.13 |
| 17 | Oracle Premier Support for Systems - One 300 GB 10000 rpm 2.5-inch SAS-2 HDD with mounting bracket (for factory installation): 13-MAR-2014 : 12-MAR-2015; Serial#1203BDY606 | 4 | Y | 256.13 |
| 18 | Oracle Premier Support for Systems - One 300 GB 10000 rpm 2.5-inch SAS-2 HDD with mounting bracket (for factory installation): 13-MAR-2014 : 12-MAR-2015; Serial#1203BDY608 | 4 | Y | 256.13 |

| SPECIAL INSTRUCTIONS: | SUBTOTAL | TAX | TOTAL(USD) |
|---|---|---|---|
| | 35,593.47 | 2,491.56 | 38,085.03 |
| | Less payments | | 32,627.88 |
| | Credits/Adjustments | | 0.00 |
| | Outstanding Balance as of 11-Jul-2014 | | 5,457.15 |

ORACLE Case 12-36495-gmb Doc 1215-1 Filed 11/21/14 Entered 11/21/14 17:00:07 Exhibit A - Invoices Pg 4 of 5

# INVOICE

Federal Tax ID: 94-2805249

| INVOICE NUMBER | 42540021 |
|---|---|
| INVOICE DATE | 04-Apr-2014 |
| YOUR P.O. NUMBER | 4501308051 |
| PAYMENT TERMS | NET 30 DAYS |
| DUE DATE | 04-May-2014 |

| # | Description | Qty | Tax | Amount |
|---|---|---|---|---|
| 19 | Oracle Premier Support for Systems - One 300 GB 10000 rpm 2.5-inch SAS-2 HDD with mounting bracket (for factory installation): 13-MAR-2014 : 12-MAR-2015; Serial#1203BDY609 | 4 | Y | 256.13 |
| 20 | Oracle Premier Support for Systems - One 300 GB 10000 rpm 2.5-inch SAS-2 HDD with mounting bracket (for factory installation): 13-MAR-2014 : 12-MAR-2015; Serial#1203BDY60A | 4 | Y | 256.13 |
| 21 | Oracle Premier Support for Systems - SPARC T4-2 server: base with 2 SPARC T4 8-core 2.85 GHz processors for non-EU countries (for factory installation): 13-MAR-2014 : 12-MAR-2015; Serial#1203BDY606 | 1 | Y | 2,695.11 |
| 22 | Oracle Premier Support for Systems - SPARC T4-2 server: base with 2 SPARC T4 8-core 2.85 GHz processors for non-EU countries (for factory installation): 13-MAR-2014 : 12-MAR-2015; Serial#1203BDY608 | 1 | Y | 2,695.11 |
| 23 | Oracle Premier Support for Systems - SPARC T4-2 server: base with 2 SPARC T4 8-core 2.85 GHz processors for non-EU countries (for factory installation): 13-MAR-2014 : 12-MAR-2015; Serial#1203BDY609 | 1 | Y | 2,695.11 |
| 24 | Oracle Premier Support for Systems - SPARC T4-2 server: base with 2 SPARC T4 8-core 2.85 GHz processors for non-EU countries (for factory installation): 13-MAR-2014 : 12-MAR-2015; Serial#1203BDY60A | 1 | Y | 2,695.11 |
| 25 | Oracle Premier Support for Systems - StorageTek 8 Gb Fibre Channel PCIe HBA dual port Emulex (for factory installation): 13-MAR-2014 : 12-MAR-2015; Serial#1202BDY550 | 2 | Y | 397.04 |
| 26 | Oracle Premier Support for Systems - StorageTek 8 Gb Fibre Channel PCIe HBA dual port Emulex (for factory installation): 13-MAR-2014 : 12-MAR-2015; Serial#1202BDY54F | 2 | Y | 397.04 |
| 27 | Oracle Premier Support for Systems - StorageTek 8 Gb Fibre Channel PCIe HBA dual port Emulex (for factory installation): 13-MAR-2014 : 12-MAR-2015; Serial#1202BDY54E | 2 | Y | 397.04 |
| 28 | Oracle Premier Support for Systems - StorageTek 8 Gb Fibre Channel PCIe HBA dual port Emulex (for factory installation): 13-MAR-2014 : 12-MAR-2015; Serial#1202BDY54D | 2 | Y | 397.04 |
| 29 | Oracle Premier Support for Systems - StorageTek 8 Gb Fibre Channel PCIe HBA dual port Emulex (for factory installation): 13-MAR-2014 : 12-MAR-2015; Serial#1203BDY608 | 2 | Y | 397.04 |
| 30 | Oracle Premier Support for Systems - StorageTek 8 Gb Fibre Channel PCIe HBA dual port Emulex (for factory installation): 13-MAR-2014 : 12-MAR-2015; Serial#1203BDY609 | 2 | Y | 397.04 |
| 31 | Oracle Premier Support for Systems - StorageTek 8 Gb Fibre Channel PCIe HBA dual port Emulex (for factory installation): 13-MAR-2014 : 12-MAR-2015; Serial#1203BDY60A | 2 | Y | 397.04 |
| 32 | Oracle Premier Support for Systems - StorageTek 8 Gb Fibre Channel PCIe HBA dual port Emulex (for factory installation): 13-MAR-2014 : 12-MAR-2015; Serial#1203BDY606 | 2 | Y | 397.04 |

**SPECIAL INSTRUCTIONS:**

| SUBTOTAL | TAX | TOTAL(USD) |
|---|---|---|
| 35,593.47 | 2,491.56 | 38,085.03 |
| Less payments | | 32,627.88 |
| Credits/Adjustments | | 0.00 |
| **Outstanding Balance as of 11-Jul-2014** | | 5,457.15 |

# ORACLE

# INVOICE

Federal Tax ID: 94-2805249

| INVOICE NUMBER | 42540021 |
|---|---|
| INVOICE DATE | 04-Apr-2014 |
| YOUR P.O. NUMBER | 4501308051 |
| PAYMENT TERMS | NET 30 DAYS |
| DUE DATE | 04-May-2014 |

| | | | | |
|---|---|---|---|---|
| 33 | Oracle Premier Support for Systems - Sun Quad-port Gigabit Ethernet Adapter UTP: 13-MAR-2014 : 12-MAR-2015 | 6 | Y | 459.53 |
| 34 | Oracle Premier Support for Systems - Power cord: Sun Rack 2 jumper, 1 meter, C14RA plug, C13 connector, 13 A (for factory installation): 13-MAR-2014 : 12-MAR-2015; Serial#1203BDY60A | 2 | Y | 5.34 |
| 35 | Oracle Premier Support for Systems - Power cord: Sun Rack 2 jumper, 1 meter, C14RA plug, C13 connector, 13 A (for factory installation): 13-MAR-2014 : 12-MAR-2015; Serial#1202BDY550 | 2 | Y | 5.39 |
| 36 | Oracle Premier Support for Systems - Power cord: Sun Rack 2 jumper, 1 meter, C14RA plug, C13 connector, 13 A (for factory installation): 13-MAR-2014 : 12-MAR-2015; Serial#1202BDY54F | 2 | Y | 5.39 |
| 37 | Oracle Premier Support for Systems - Power cord: Sun Rack 2 jumper, 1 meter, C14RA plug, C13 connector, 13 A (for factory installation): 13-MAR-2014 : 12-MAR-2015; Serial#1202BDY54E | 2 | Y | 5.39 |
| 38 | Oracle Premier Support for Systems - Power cord: Sun Rack 2 jumper, 1 meter, C14RA plug, C13 connector, 13 A (for factory installation): 13-MAR-2014 : 12-MAR-2015; Serial#1202BDY54D | 2 | Y | 5.39 |
| 39 | Oracle Premier Support for Systems - Power cord: Sun Rack 2 jumper, 1 meter, C14RA plug, C13 connector, 13 A (for factory installation): 13-MAR-2014 : 12-MAR-2015; Serial#1203BDY606 | 2 | Y | 5.39 |
| 40 | Oracle Premier Support for Systems - Power cord: Sun Rack 2 jumper, 1 meter, C14RA plug, C13 connector, 13 A (for factory installation): 13-MAR-2014 : 12-MAR-2015; Serial#1203BDY608 | 2 | Y | 5.39 |
| 41 | Oracle Premier Support for Systems - Power cord: Sun Rack 2 jumper, 1 meter, C14RA plug, C13 connector, 13 A (for factory installation): 13-MAR-2014 : 12-MAR-2015; Serial#1203BDY609 | 2 | Y | 5.39 |

| SPECIAL INSTRUCTIONS: | SUBTOTAL | TAX | TOTAL(USD) |
|---|---|---|---|
| | 35,593.47 | 2,491.56 | 38,085.03 |
| | Less payments | | 32,627.88 |
| | Credits/Adjustments | | 0.00 |
| | **Outstanding Balance as of 11-Jul-2014** | | 5,457.15 |