# Greenbaum Rowe Smith & Davis LLP

COUNSELORS AT LAW

75 LIVINGSTON AVENUE
SUITE 301
ROSELAND, NJ 07068-3701
(973) 535-1600    FAX (973) 535-1698

INFO@GREENBAUMLAW.COM
WWW.GREENBAUMLAW.COM

**NANCY ISAACSON**
PARTNER
(973) 577-1930 - DIRECT DIAL
(973) 577-1931 - DIRECT FAX
NISAACSON@GREENBAUMLAW.COM

WOODBRIDGE OFFICE:
METRO CORPORATE CAMPUS ONE
P.O. BOX 5600
WOODBRIDGE, NJ 07095-0988
(732) 549-5600
FAX (732) 549-1881

*DELIVERY ADDRESS:*
99 WOOD AVENUE SOUTH
ISELIN, NJ 08830-2712

January 28, 2016

*Via Electronic Filing and Email*
Honorable Robert D. Drain, U.S.B.J.
United States Bankruptcy Court
Southern District of New York
300 Quarropas Street
White Plains, New York 10601

    Re:    **MPM Silicones, LLC, et al.**
                **Case No. 14-22503 (RDD)**

Dear Judge Drain:

    This office represents Creditors, Brian and Sherri Tucker in the referenced matter.

    Creditors, Brian and Sherri Tucker hereby withdraw their Cross Motion for an Order for the Examination of Debtors Pursuant to Bankruptcy Rule 2004 (the "Motion"), dated April 27, 2015 [Docket No. 1416], as this matter has been resolved by the parties.

    Thank you for your consideration in this matter.

                                  Respectfully submitted,

                                  */s/ Nancy Isaacson*
                                  NANCY ISAACSON

NI/ml
c:    Scott Hall, Esq.
      Phyllis M. Potterfield, Esq.

3960961.1