```
UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------x
In re                                           :   Chapter 11
                                                :
MPM Silicones, LLC, et al.,[1]                  :   Case No. 14-22503 (RDD)
                                                :
                         Reorganized Debtors.   :   (Jointly Administered)
-------------------------------------------------------x
```

## FINAL DECREE CLOSING
## DEBTORS' CHAPTER 11 CASES

Upon the unopposed motion, by notice of presentment dated July 30, 2019 (the "**Motion**"), of the reorganized debtors in the above-captioned cases (collectively, the "**Debtors**") for entry of a final decree (the "**Final Decree**") closing the chapter 11 cases of the Debtors identified on Appendix 1 annexed hereto pursuant to sections 105(a) and 350(a) of title 11 of the United States Code, Rule 3022 of the Federal Rules of Bankruptcy Procedure and Rule 3022-1 of the Local Bankruptcy Rules for the Southern District of New York; and due and sufficient notice having been given in accordance with the Motion; and it appearing that no other or further notice or a hearing is necessary; and it appearing that the Debtors' estates are fully administered for purposes of 11 U.S.C. § 350(a), Fed. R. Bankr. P. 3022, and L.B.R. 3022-1 and can be closed as provided herein; and it appearing that the relief requested in the Motion is in the best interest of the Debtors and their estates; and sufficient cause appearing therefore, it is hereby

---

[1] The last four digits of the taxpayer identification numbers of the Debtors follow in parentheses: (i) Juniper Bond Holdings I LLC (9631); (ii) Juniper Bond Holdings II LLC (9692); (iii) Juniper Bond Holdings III LLC (9765); (iv) Juniper Bond Holdings IV LLC (9836); (v) Momentive Performance Materials China SPV Inc. (8469); (vi) Momentive Performance Materials Holdings Inc. (8246); (vii) Momentive Performance Materials Inc. (8297); (viii) Momentive Performance Materials Quartz, Inc. (9929); (ix) Momentive Performance Materials South America Inc. (4895); (x) Momentive Performance Materials USA Inc. (8388); (xi) Momentive Performance Materials Worldwide Inc. (8357); and (xii) MPM Silicones, LLC (5481). The Debtors' executive headquarters are located at 260 Hudson River Road, Waterford, NY 12188.

ORDERED, ADJUDGED and DECREED that:

1. The Motion is granted to the extent provided herein.

2. Capitalized terms not otherwise defined herein have the meanings given them in the Motion.

3. Pursuant to section 350(a) of the Bankruptcy Code and Bankruptcy Rule 3022, the cases of the Debtors identified on Appendix 1 hereto (the "**Closed Cases**") are closed.

4. The remaining adversary proceedings that had been filed in the Debtors' chapter 11 cases (Adv. Pro. Nos. 14-08227, 14-08228 and 14-08238) are closed.

5. At any time, the Debtors may seek to reopen one or more of the Closed Cases pursuant to section 350(b) of the Bankruptcy Code and Bankruptcy Rule 5010 by filing a Notice of Proposed Order with the Court on twenty-one (21) days' notice to the Notice Parties, including any party that would be directly affected by such relief. If no objection to the proposed order is received within twenty-one (21) days of the Notice of Proposed Order, the Court may enter the proposed order without a hearing and without further action by the Debtors.

6. The Debtors shall reserve sufficient funds to pay the Office of the United States Trustee the amount of any quarterly fees due pursuant to 28 U.S.C. § 1930 and any applicable interest due pursuant to 31 U.S.C. § 3717, which fees and interest, if any, shall be paid within fifteen (15) days of the entry of this Final Decree. Within five (5) days after the entry of this Final Decree, the Debtors shall provide to the United States Trustee an affidavit indicating cash disbursements for the 2nd quarter of 2019 and for the period from July 1, 2019 to the date that this Final Decree has been entered.

7. The appointment and services of Kurtzman Carson Consultants LLC ("**KCC**") as the claims and noticing agent in these cases shall be terminated effective as of one

business day after final distributions are made to all holders of Allowed Claims; <u>provided</u> that, at the Debtors' expense, KCC shall, as soon as practicable after such distribution, provide to the office of the Clerk of the Court (the "**Clerk's Office**") the final version of the official claims registers of each of the Debtors pursuant to any current guidelines implementing 28 U.S.C. § 156(c).

8. Upon termination, at the Debtors' expense, KCC shall be responsible for boxing and transporting all original proofs of claim, in proper format, as provided by the Clerk's Office, to (i) the Federal Archives Record Administration or (ii) any other location requested by the Clerk's Office. Upon termination, KCC is authorized to shred or otherwise dispose of all noticing and other documents that have been returned by the post office as undeliverable mail.

9. This Court shall retain jurisdiction over all matter arising in, arising under, or related to these cases, including, with respect to all matters described in Article XIII of the Plan.

Dated: White Plains, New York
      August 7, 2019

                                         /s/Robert D. Drain
                                         THE HONORABLE ROBERT D. DRAIN
                                         UNITED STATES BANKRUPTCY JUDGE

## **Appendix 1**

### **Closed Cases**

| **Debtors** | **Case Number** |
|---|---|
| MPM Silicones, LLC | 14-22503 |
| Juniper Bond Holdings I LLC | 14-22504 |
| Juniper Bond Holdings II LLC | 14-22505 |
| Juniper Bond Holdings III LLC | 14-22506 |
| Juniper Bond Holdings IV LLC | 14-22507 |
| Momentive Performance Materials Holdings Inc. | 14-22508 |
| Momentive Performance Materials Inc. | 14-22509 |
| Momentive Performance Materials Quartz, Inc. | 14-22510 |
| Momentive Performance Materials USA Inc. | 14-22511 |
| Momentive Performance Materials Worldwide Inc. | 14-22512 |
| Momentive Performance Materials South America Inc. | 14-22513 |
| Momentive Performance Materials China SPV Inc. | 14-22514 |